◼ In the Matter of the Adoption of a Child Whose First Name is TRENT. KRYSTAL M. et al., Respondents; ROBERT E.S., Appellant. [896 NYS2d 276]—Appeal from an order of the Surrogate's Court, Erie County (Barbara Howe, S.), entered November 18, 2008 in an adoption proceeding. The order adjudged that respondent's consent to the adoption of respondent's child by petitioner Ronald M. is not required.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Lindley, Green and Gorski, JJ.